Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Mrs. William HEIDRICH and Al Brown, Individually and as Agent for Mrs. William Heidrich, Appellees.

No. 12785.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

Ed Dupree, Gen. Counsel, Office of Housing Expediter, Washington, D. C., Hugo V. Prucha, Asst. Gen. Counsel, Washington, D. C., Cecil H. Lichliter, Sp. Lit. Atty., Washington, D. C., Isadore A. Honig, Washington, D. C., J. Edwin Fleming, Chief, Trial Unit, Dallas, Tex., Lowell D. Gibbons, Lit. Atty., Dallas, Tex., H. C. Happ, Regional Atty., Dallas, Tex., for appellant.

Karl Strieber, San Antonio, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The motion to dismiss in this case is overruled, and the judgment appealed from is affirmed.

Tighe E. WOODS, Housing Expediter, Office of the Housing Expediter, Appellant, v. Pete SANDOVAL et ux., Elena Sandoval, Appellee.

No. 12786.

United States Court of Appeals
Fifth Circuit.

Nov. 22, 1949.

Ed Dupree, Gen. Counsel, Office Housing Expediter, Washington, D. C., Hugo V. Prucha, Asst. Gen. Counsel, Washington, D. C., Isadore A. Honig, Sp. Lit. Atty., Washington, D. C., J. Edwin Fleming, Chief, Trial Unit, Dallas, Tex., H. C. Happ, Regional Atty., Dallas, Tex., Lowell D. Gibbons, Lit. Atty., Dallas, Tex., for appellant.

James Otis Herrington, San Antonio, Tex., for appellee.

Before HOLMES, McCORD, and WALLER, Circuit Judges.

PER CURIAM.

The motion to dismiss in this case is overruled, and the judgment appealed from is affirmed.